FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
LOCAL 2957; TERRY WHITE; BOBBY L.
ASHER; JOHN A. PARKS; AND BILL WYLLIA                PLAINTIFFS

V.                 CASE NO. 4:04-CV-492 (RSW)

CITY OF BENTON, ARKANSAS;
DOUG STRACENER, ALDERMAN;
PHILLIP MONTALVO, ALDERMAN;
KARLA J. HALEY, ALDERMAN;
WILLIE FLOYD, ALDERMAN;
RAY FREEMEN, ALDERMAN;
LEROY ALLEN, ALDERMAN;
ANN HALL, ALDERMAN; ROBIN BERRY,
ALDERMAN; CLAUDINE RAMSEY, ALDERMAN;
CHARLES CUNINGHAM, ALDERMAN; AND
RICK HOLLAND, MAYOR OF THE CITY
OF BENTON, ARKANSAS                                   DEFENDANTS

## ORDER

Before the Court is defendants' Rule 60 Motion for Relief from Judgment (doc. #26). The defendants ask the Court to reconsider its Memorandum and Order denying the defendants' Motion to Dismiss and granting in part and denying in part the plaintiffs' Motion for Judgment on the Pleadings, entered on August 2, 2005. The defendants claim that the Court made a "mistake" by not finding that the Arkansas Constitution prohibits a city from entering into a multi-year contract.

The Court has reviewed the defendants' Motion and plaintiffs' Response. The Court has also reviewed its Order of

August 2, 2005. As explained below, the defendants' Rule 60 Motion for Relief from Judgment (doc. #26) is **DENIED**.

The Court finds the defendants' argument that the Arkansas Constitution prevents the City of Benton from entering into a collective bargaining agreement to be without merit. The City has no set aggregate monetary obligation to its employees as the defendants' contend. The Collective Bargaining Agreement in this case is a prime example of a situation in which "the indebtedness is not created until the consideration has been furnished." City of Walla Walla v. Walla Walla Water Co., 172 U.S. 1, 20 (1898). The City's obligations arise only as each employee works. Accordingly, the Collective Bargaining Agreement in this case does not violate Article 12, § 4 of the Arkansas Constitution.

**IT IS SO ORDERED**, this 22nd day of November, 2005.

                                    /s/ Rodney S. Webb
                                    RODNEY S. WEBB, DISTRICT JUDGE
                                    UNITED STATES DISTRICT COURT