AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | ARKANSAS |

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
LOCAL 2957; TERRY WHITE; BOBBY L.
ASHER; JOHN A. PARKS; AND BILL WYLLIA

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   4:04CV492

CITY OF BENTON, ARKANSAS;
DOUG STRACENER, ALDERMAN;
PHILLIP MONTALVO, ALDERMAN;
KARLA J. HALEY, ALDERMAN;
WILLIE FLOYD, ALDERMAN;
RAY FREEMEN, ALDERMAN;
LEROY ALLEN, ALDERMAN;
ANN HALL, ALDERMAN;
ROBIN BERRY, ALDERMAN;
CLAUDINE RAMSEY, ALDERMAN;
CHARLES CUNINGHAM, ALDERMAN; AND
RICK HOLLAND, MAYOR OF THE CITY
OF BENTON, ARKANSAS.

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 13 2007

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   That JUDGMENT is entered in favor of the Plaintiff American Federation of State, County, and Municipal Employees, Local 2957. The Defendants are ENJOINED as directed in the District Court's Memorandum Opinion and Order, dated February 13, 2007. The Plaintiff, American Federation of State, County, and Municipal Employees, Local 2957, shall receive its costs and disbursements of this action.

February 13, 2007                                              James W. McCormack
Date                                                                      Clerk

                                                                          /s/ Mary Ann Rawls
                                                                          (By) Deputy Clerk