IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
LOCAL 2957; TERRY WHITE; BOBBY L.
ASHER; JOHN A. PARKS; AND BILL WYLLIA                    PLAINTIFFS


V.                          CASE NO. 4:04-CV-492 (RSW)


CITY OF BENTON, ARKANSAS;
DOUG STRACENER, ALDERMAN;
PHILLIP MONTALVO, ALDERMAN;
KARLA J. HALEY, ALDERMAN;
WILLIE FLOYD, ALDERMAN;
RAY FREEMEN, ALDERMAN;
LEROY ALLEN, ALDERMAN;
ANN HALL, ALDERMAN; ROBIN BERRY,
ALDERMAN; CLAUDINE RAMSEY, ALDERMAN;
CHARLES CUNINGHAM, ALDERMAN; AND
RICK HOLLAND, MAYOR OF THE CITY
OF BENTON, ARKANSAS                                      DEFENDANTS


**ORDER**

     Before the Court is the Plaintiffs' Bill of Costs (doc.

#77).  The Plaintiffs were the prevailing party and have

indicated that the Defendants stipulate to these costs.

Therefore, the Plaintiffs' Bill of Costs is **GRANTED**, and costs

totaling $506.72 are taxed against the Defendants and in favor of

the Plaintiffs.

The Court notes the parties have stipulated to hold the attorney fees issue in abeyance until the appeal is finished (doc. #76).

**IT IS SO ORDERED.**

Dated this 6th day of April, 2007.

RODNEY S. WEBB, District Judge
United States District Court